UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDWIN MARIONA CORVERA,
Petitioner,
v.
JEREMY CASEY, et al.,
Respondents.

Case No.: 26-cv-5344-RSH-BJW

**ORDER GRANTING PETITION FOR HABEAS CORPUS**

On September 16, 2026, petitioner Edwin Mariona Corvera filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner is a national of El Salvador. ECF No. 1 ¶ 2. On May 23, 2024, Petitioner presented himself at the Hidalgo, Texas Port of Entry without documents sufficient for lawful admission to the United States. ECF No. 4-1 at 3. He was subsequently paroled into the United States pursuant to 8 U.S.C. § 1182(d)(5)(A). ECF No. 1-2 at 3.

In its return, the Government concedes that Petitioner was paroled into the country and states that it has "insufficient information regarding termination of [Petitioner's] parole . . . to provide to the Court." ECF No. 4 at 2. The Government further "acknowledges that this [c]ourt's prior decisions will control the result here if the Court adheres to its prior decisions," citing to more than a dozen cases of this court granting petitions for writ of

habeas corpus on similar facts. *Id*. at 2–3. Finally, the Government states that it "does not oppose the petition and defers to the Court on the appropriate relief." *Id*. at 4.

For these reasons, the Petition is **GRANTED**. The Court **ORDERS** that the Government release petitioner Edwin Mariona Corvera from immigration custody within **one business day** of the date of this order, subject to the terms of his previously issued parole. This order does not prevent the Government from imposing or modifying conditions of release as may be appropriate.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Hon. Robert S. Huie
United States District Judge